```
              FILED          RECEIVED
              ENTERED        SERVED ON
                      COUNSEL/PARTIES OF RECORD

                    FEB 2 5 2011

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
              BY:                        DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS DUNCAN et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 3:09-cv-00632-RCJ-VPC |
| ) | |
| COUNTRYWIDE HOME LOANS, INC. et al., ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

This case arises out the foreclosure of Plaintiffs' mortgages on several investment properties. Pending before the Court is a motion to dismiss. The Court granted previous motions to dismiss on all claims that had been remanded from Case No. 2:09-md-02119-JAT in the District of Arizona. That order was intended to resolve all claims that had been remanded to the Court as against all Defendants.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 65) is DENIED as moot. All claims against the movant over which this Court currently has jurisdiction were dismissed in the previous order.

IT IS SO ORDERED.

Dated this 25th day of February, 2011.

_____
ROBERT C. JONES
United States District Judge